IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL VAN PUTTEN, | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 4:CV-17-85 |
| WARDEN EBBERT, | : | (Judge Brann) |
| Respondent | : | |

## ORDER

January 25, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's in forma pauperis application is **GRANTED** for the sole purpose of the filing of this action with this Court.

2. Van Putten's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE** as an unauthorized second or successive petition and for lack of jurisdiction.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

   s/ *Matthew W. Brann*
Matthew W. Brann
United States District Judge